| AO 10<br>Rev. 1/2018 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2017** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Christel, David W. | 2. Court or Organization<br><br>Western District of Washington | 3. Date of Report<br><br>08/06/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>    magistrate judges indicate full- or part-time)<br><br>Magistrate Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination        Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

1717 Pacific Avenue
Rm 3124
Tacoma, WA 98402

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Manager/Member | Amen Corner Management, LLC |
| 2. | Manager/Member | Blue Tee Management, LLC |
| 3. | Manager/Member | Double Cut Management, LLC |
| 4. | Manager/Member | Double Eagle Management, LLC |
| 5. | Manager/Member | First Cut Management, LLC |
| 6. | Manager/Member | Front Nine Management, LLC |
| 7. | Manager/Member | Kick Point, LLC |
| 8. | Manager/Member | Pelican Bay Management, LLC |
| 9. | Manager/Member | Rocklin Northwest, LLC |
| 10. | Manager/Member | Silver Lake RV Park, LLC |
| 11. | Manager/Member | Topspin Properties, LLC |
| 12. | Member | Black Silver, LLC |
| 13. | Member | MAJ Airport, LLC |
| 14. | Attorney in Fact | POA #1 |

| Name of Person Reporting | Date of Report |
|---|---|
| Christel, David W. | 08/06/2018 |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Christel, David W. | 08/06/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Christel, David W. | 08/06/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | Umpqua Bank | Financing on commercial property, Sunnybrook, OR | P2 |
| 2. | First Republic Bank | Financing on MAJ Airport, LLC, Portland, OR | P1 |
| 3. | Morgan Stanley | Line of Credit / Margin Loan | None |
| 4. | Washington State Employee's Credit Union | Financing on commercial property, Vancouver, WA (Black Silver, LLC) | P1 |
| 5. | First Republic Bank | Financing on commercial property, Stockton, CA (Topspin, Properties, LLC) | P1 |
| 6. | Washington Federal Bank | Financing on commercial property, Vancouver, WA (Topspin Properties, LLC) | P2 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. CHASE (CASH) | A | Interest | N | T | | | | | 230, 231 |
| 2. COLUMBIA COMMUNITY CREDIT UNION ACCOUNT #1 | A | Interest | L | T | | | | | |
| 3. IQ CREDIT UNION (X) | A | Interest | K | T | | | | | |
| 4. BROKERAGE #1 (H) | | | | | | | | | |
| 5. MORGAN STANLEY BANK ACCOUNT #4 | A | Int./Div. | L | T | | | | | |
| 6. ALEXION PHARM (ALXN) | | None | J | T | Buy | 09/15/17 | J | | |
| 7. | | | | | Buy (add'l) | 12/12/17 | J | | |
| 8. ALPHABET INC CL A (GOOGL) | | None | K | T | Sold (part) | 06/30/17 | J | B | |
| 9. AMAZON COM (AMZN) | | None | K | T | | | | | |
| 10. AMERISOURCE BERGEN CORP (ABC) | A | Dividend | | | Buy | 02/23/17 | J | | |
| 11. | | | | | Buy (add'l) | 05/24/17 | J | | |
| 12. | | | | | Sold | 09/15/17 | J | | |
| 13. ANADARKO PETE (APC) | A | Dividend | | | Buy (add'l) | 01/04/17 | J | | |
| 14. | | | | | Sold | 06/07/17 | J | | |
| 15. APPLE (AAPL) | A | Dividend | K | T | Sold (part) | 06/30/17 | J | A | |
| 16. | | | | | Sold (part) | 12/29/17 | J | B | |
| 17. BIOGEN (BIIB) | | None | | | Sold | 01/24/17 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Christel, David W. | 08/06/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. BLACKROCK (BLK) | A | Dividend | K | T | Sold (part) | 12/18/17 | J | B | |
| 19. BOEING (BA) | A | Dividend | K | T | Buy (add'l) | 01/24/17 | J | | |
| 20. | | | | | Buy (add'l) | 02/13/17 | J | | |
| 21. | | | | | Sold (part) | 08/02/17 | J | B | |
| 22. | | | | | Donated (part) | | | | |
| 23. | | | | | Buy (add'l) | 12/29/17 | J | | |
| 24. BROADCOM (AVGO) | A | Dividend | K | T | Donated (part) | | | | |
| 25. | | | | | Sold (part) | 12/18/17 | J | C | |
| 26. CHEVRON (CVX) | A | Dividend | K | T | Buy (add'l) | 01/24/17 | J | | |
| 27. | | | | | Buy (add'l) | 08/01/17 | J | | |
| 28. CHUBB (CB) | A | Dividend | K | T | | | | | |
| 29. CITIGROUP (C) | A | Dividend | K | T | Buy | 06/26/17 | J | | |
| 30. | | | | | Buy (add'l) | 08/01/17 | J | | |
| 31. | | | | | Buy (add'l) | 08/04/17 | J | | |
| 32. CONSTELLATION BRANDS INC CL A (STZ) | A | Dividend | K | T | Buy (add'l) | 10/09/17 | J | | |
| 33. COSTCO WHOLESALE CORP NEW (COST) | A | Dividend | | | Buy (add'l) | 08/01/17 | J | | |
| 34. | | | | | Sold | 10/09/17 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Christel, David W. | 08/06/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. DANAHER CORPORATION (DHR) | A | Dividend | | | Buy (add'l) | 01/04/17 | J | | |
| 36. | | | | | Sold (part) | 08/01/17 | J | B | |
| 37. | | | | | Sold | 08/04/17 | J | A | |
| 38. DEVON ENERGY (DVN) | A | Dividend | | | Sold | 06/07/17 | J | | |
| 39. DISCOVER FINANCIAL SERVICES (DFS) | A | Dividend | K | T | Buy (add'l) | 01/24/17 | J | | |
| 40. | | | | | Buy (add'l) | 06/28/17 | J | | |
| 41. | | | | | Buy (add'l) | 10/26/17 | J | | |
| 42. DISH NETWORK (DISH) | | None | | | Buy | 04/27/17 | J | | |
| 43. | | | | | Buy (add'l) | 06/13/17 | J | | |
| 44. | | | | | Sold | 10/09/17 | J | | |
| 45. EATON CORP (ETN) | A | Dividend | K | T | Buy | 04/27/17 | J | | |
| 46. | | | | | Buy (add'l) | 05/09/17 | J | | |
| 47. | | | | | Buy (add'l) | 09/15/17 | J | | |
| 48. | | | | | Buy (add'l) | 10/10/17 | J | | |
| 49. EDWARD LIFESCIENCES (EW) | | None | K | T | | | | | |
| 50. ENERGY SEL SECT SPDR FD (XLE) | A | Dividend | K | T | Buy | 09/20/17 | J | | |
| 51. | | | | | Buy (add'l) | 09/21/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Christel, David W. | 08/06/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. ESTEE LAUDER CO INC CLA (EL) | A | Dividend | K | T | Sold (part) | 12/18/17 | J | B | |
| 53. FACEBOOK INC CL-A (FB) | | None | K | T | | | | | |
| 54. GOLDMAN SACHS (GS) | A | Dividend | J | T | Buy | 12/12/17 | J | | |
| 55. | | | | | Buy (add'l) | 12/29/17 | J | | |
| 56. HALLIBURTON (HAL) | A | Dividend | K | T | Buy (add'l) | 01/24/17 | J | | |
| 57. | | | | | Buy (add'l) | 12/12/17 | J | | |
| 58. HONEYWELL INTERNATIONAL (HON) | A | Dividend | K | T | | | | | |
| 59. HUMANA INC (HUM) | A | Dividend | | | Buy | 08/04/17 | J | | |
| 60. | | | | | Buy (add'l) | 09/15/17 | J | | |
| 61. | | | | | Sold | 11/15/17 | K | | |
| 62. INTERNATIONAL BUSINESS MACHINES (IBM) | A | Dividend | | | Buy (add'l) | 01/04/17 | J | | |
| 63. | | | | | Sold | 05/02/17 | J | A | |
| 64. INVESCO (IVZ) | A | Dividend | K | T | Buy (add'l) | 09/15/17 | J | | |
| 65. ISHARES EDGE MSCI US QLTY FAC (QUAL) | A | Dividend | | | Sold (part) | 06/30/17 | K | C | 91 |
| 66. | | | | | Sold | 08/04/17 | J | C | |
| 67. ISHARES S&P MIDCAP 400 INDEX (IJH) | A | Dividend | K | T | Buy | 06/30/17 | K | | |
| 68. JOHNSON CONTROLS INTERNATIONAL PLC (JCI) | A | Dividend | | | Sold (part) | 02/13/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Christel, David W. | 08/06/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold | 08/01/17 | J | A | |
| 70. JPMORGAN CHASE (JPM) | A | Dividend | K | T | Sold (part) | 05/18/17 | J | B | |
| 71. MEDTRONIC (MDT) | A | Dividend | | | Sold | 01/03/17 | J | | |
| 72. MICRON TECH (MU) | | None | J | T | Sold (part) | 05/31/17 | J | | |
| 73. | | | | | Sold (part) | 06/16/17 | J | B | |
| 74. | | | | | Sold (part) | 07/31/17 | J | C | |
| 75. | | | | | Sold (part) | 10/04/17 | J | C | |
| 76. | | | | | Sold (part) | 12/29/17 | J | B | |
| 77. MICROSOFT (MSFT) | A | Dividend | K | T | Sold (part) | 06/30/17 | J | A | |
| 78. NEXTERA ENERGY (NEE) | A | Dividend | K | T | | | | | |
| 79. NEWELL BRANDS (NWL) | A | Dividend | | | Buy (add'l) | 05/26/17 | J | | |
| 80. | | | | | Sold | 09/21/17 | J | | |
| 81. NIKE INC B (NKE) | A | Dividend | J | T | Buy | 08/02/17 | J | | |
| 82. | | | | | Buy (add'l) | 10/26/17 | J | | |
| 83. PALO ALTO NETWORKS (PANW) | | None | J | T | Buy | 10/10/17 | J | | |
| 84. PANERA BREAD CO CL A (PNRA) | | None | | | Sold | 04/05/17 | J | C | |
| 85. PG & E (PCG) | | None | | | Sold | 12/18/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Christel, David W. | 08/06/2018 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. PEPSICO (PEP) | A | Dividend | K | T | | | | | |
| 87. PFIZER INC (PFE) | A | Dividend | K | T | Buy | 10/10/17 | J | | |
| 88. | | | | | Buy (add'l) | 11/15/17 | J | | |
| 89. POWERSHARES QQQ TR (QQQ) | A | Dividend | K | T | Sold (part) | 06/07/17 | J | A | 153 |
| 90. | | | | | Sold (part) | 06/30/17 | K | C | |
| 91. RAYTHEON (RTN) | A | Dividend | K | T | Buy (add'l) | 02/13/17 | J | | |
| 92. ROSS STORES (ROST) | A | Dividend | K | T | Sold (part) | 06/21/17 | J | A | |
| 93. ROYAL DUTCH SHELL PLC (RDS'A) | A | Dividend | J | T | Buy | 11/15/17 | J | | |
| 94. | | | | | Buy (add'l) | 12/29/17 | J | | |
| 95. SCHLUMBERGER (SLB) | A | Dividend | | | Sold | 09/20/17 | J | | |
| 96. THERMO FISHER SCIENTIFIC (TMO) | A | Dividend | K | T | Buy (add'l) | 01/04/17 | K | | |
| 97. UNITED HEALTH GP (UNH) | A | Dividend | K | T | Sold (part) | 02/13/17 | J | C | |
| 98. US SILICA HLDGS (SLCA) | A | Dividend | J | T | Buy | 12/12/17 | J | | |
| 99. VALERO ENERGY CP DELA NEW (VLO) | A | Dividend | | | Buy (add'l) | 01/24/17 | J | | |
| 100. | | | | | Sold (part) | 03/30/17 | J | B | |
| 101. | | | | | Sold | 04/11/17 | J | B | |
| 102. VANTIV CL A (VNTV) | | None | J | T | Sold (part) | 06/21/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Christel, David W. | 08/06/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. VERIZON COMMUNICATIONS (VZ) | A | Dividend | K | T | Sold | 01/24/17 | J | | |
| 104. | | | | | Buy | 05/31/17 | J | | |
| 105. | | | | | Buy (add'l) | 08/04/17 | J | | |
| 106. | | | | | Buy (add'l) | 09/21/17 | J | | |
| 107. VISA INC CL A (V) | A | Dividend | K | T | Donated (part) | | | | |
| 108. VOYA FINL (VOYA) | A | Dividend | K | T | Buy (add'l) | 01/24/17 | J | | |
| 109. | | | | | Buy (add'l) | 08/01/17 | J | | |
| 110. | | | | | Buy (add'l) | 10/09/17 | J | | |
| 111. WALT DISNEY CO HOLDING (DIS) | A | Dividend | K | T | Buy (add'l) | 01/04/17 | J | | |
| 112. | | | | | Buy (add'l) | 06/28/17 | J | | |
| 113. | | | | | Buy (add'l) | 08/01/17 | J | | |
| 114. WESTERN DIGITAL CORP (WDC) | A | Dividend | | | Buy | 05/02/17 | J | | |
| 115. | | | | | Sold | 10/09/17 | J | | |
| 116. ZIMMER BIOMET HOLDINGS (ZBH) | A | Dividend | J | T | | | | | |
| 117. BROKERAGE #2 (H) | | | | | | | | | |
| 118. IRONWOOD INSTITUTE MS | B | Dividend | M | W | | | | | |
| 119. BROKERAGE #3 (H) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Christel, David W. | 08/06/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. MORGAN STANLEY BANK ACCOUNT #7 | A | Interest | | | Closed | 06/05/17 | M | | |
| 121. SKYBRIDGE MUL-ADVISOR SER G ADV | | None | | | Distributed (part) | 01/27/17 | J | | |
| 122. | | | | | Redeemed (part) | 01/31/17 | M | | |
| 123. | | | | | Redeemed | 03/30/17 | J | | |
| 124. IRA #1 (H) | | | | | | | | | |
| 125. MORGAN STANLEY BANK ACCOUNT #3 | A | Interest | L | T | | | | | |
| 126. FIRST TRUST LARGE CAP VALUE (FTA) | A | Dividend | | | Sold | 03/17/17 | K | D | 68 |
| 127. ISHARES EDGE MSCI US QLTY FAC (QUAL) | A | Dividend | | | Sold (part) | 02/28/17 | K | D | 91 |
| 128. | | | | | Sold | 04/26/17 | K | D | |
| 129. ISHARES EDGE MSCI US MOMENTUM (MTUM) | | None | | | Sold | 01/03/17 | L | C | 79 |
| 130. POWERSHARES QQQ TR (QQQ) | A | Dividend | L | T | Sold (part) | 06/09/17 | J | C | 153 |
| 131. | | | | | Sold (part) | 06/30/17 | K | D | |
| 132. SPDR S&P 500 ETF TRUST (SPY) | C | Dividend | M | T | Sold (part) | 06/09/17 | J | A | 181 |
| 133. | | | | | Sold (part) | 08/09/17 | K | D | |
| 134. PROSHARES LARGE CAP CORE PLUS (CSM) | B | Dividend | M | T | Sold (part) | 08/09/17 | J | C | 160 |
| 135. BLACKROCK HI YIELD BD PTF INST (BHYIX) | B | Dividend | | | Sold (part) | 04/19/17 | J | | 23 |
| 136. | | | | | Sold (part) | 08/09/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Christel, David W. | 08/06/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Sold (part) | 11/14/17 | J | | |
| 138. | | | | | Sold | 12/13/17 | K | B | |
| 139. DOUBLELINE SHILLER ENH CAPE I (DSEEX) | D | Dividend | L | T | Buy | 02/28/17 | J | | |
| 140. | | | | | Buy (add'l) | 03/17/17 | K | | |
| 141. FIDELITY ADV TOTAL BOND I (FEPIX) | C | Dividend | K | T | | | | | 61 |
| 142. GOLDMAN SACHS EMEG MKTS DEBT I (GSDIX) | B | Dividend | K | T | Buy | 12/13/17 | K | | |
| 143. HARTFORD INTL VALUE I (HILIX) | C | Dividend | K | T | Buy | 04/26/17 | K | | |
| 144. NUVEEN SMALL CAP VALUE FUND I (FSCCX) | A | Dividend | K | T | Buy | 01/04/17 | K | | |
| 145. | | | | | Buy (add'l) | 06/09/17 | J | | |
| 146. | | | | | Buy (add'l) | 06/30/17 | J | | |
| 147. NUVEEN SYMP FLOATING RT INC I (NFRAX) | A | Dividend | | | Sold (part) | 04/19/17 | J | A | 131 |
| 148. | | | | | Sold | 11/03/17 | K | | |
| 149. PIMCO INCOME P (PONPX) | C | Dividend | L | T | Buy (add'l) | 03/17/17 | K | | 143 |
| 150. PIMCO INVEST GRD CORP BOND P (PBDPX) | C | Dividend | L | T | Buy (add'l) | 03/17/17 | K | | 147 |
| 151. PRUDENTIAL SHT TRM CORP BD Z (PIFZX) | B | Dividend | L | T | Buy | 06/23/17 | K | | |
| 152. | | | | | Buy (add'l) | 08/29/17 | K | | |
| 153. | | | | | Buy (add'l) | 11/17/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Christel, David W. | 08/06/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. TCW GALILEO TOTAL RETURN BOND I (TGLMX) | A | Dividend | K | T | Sold (part) | 03/17/17 | K | | 188 |
| 155. TRANSAMERICA MIDCAP VAL OPP A (MCVAX) | D | Dividend | L | T | Buy (add'l) | 06/30/17 | J | | 200 |
| 156. VIRTUS INSIGHT EMERG MARKETS I (HIEMX) | A | Dividend | K | T | Buy (add'l) | 01/05/17 | J | | 217 |
| 157. | | | | | Buy (add'l) | 02/13/17 | J | | |
| 158. IRA #2 (H) | | | | | | | | | |
| 159. MORGAN STANLEY BANK ACCOUNT #5 (X) | A | Dividend | K | T | | | | | |
| 160. FIRST TRUST LARGE CAP VALUE (FTA) | A | Dividend | | | Sold | 03/17/17 | J | B | 68 |
| 161. ISHARES EDGE MSCI US QLTY FAC (QUAL) | A | Dividend | | | Sold (part) | 02/28/17 | J | B | 91 |
| 162. | | | | | Sold | 04/26/17 | J | B | |
| 163. ISHARES EDGE MSCI US MOMENTUM (MTUM) | | None | | | Sold | 01/03/17 | K | B | 79 |
| 164. POWERSHARES QQQ TR (QQQ) | A | Dividend | J | T | Sold (part) | 06/09/17 | J | A | 153 |
| 165. | | | | | Sold (part) | 06/30/17 | J | B | |
| 166. PROSHARES LARGE CAP CORE PLUS (CSM) | A | Dividend | K | T | Sold (part) | 08/09/17 | J | A | 160 |
| 167. SPDR S&P 500 ETF TRUST (SPY) | B | Dividend | K | T | Sold (part) | 08/09/17 | J | B | 181 |
| 168. BLACKROCK HI YIELD BD PTF INST (BHYIX) | A | Dividend | | | Sold (part) | 04/19/17 | J | | 23 |
| 169. | | | | | Sold (part) | 08/09/17 | J | A | |
| 170. | | | | | Sold (part) | 11/14/17 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Christel, David W. | 08/06/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Sold | 12/13/17 | J | A | |
| 172. DOUBLELINE SHILLER ENH CAPE I (DSEEX) | B | Dividend | K | T | Buy | 02/28/17 | J | | |
| 173. | | | | | Buy (add'l) | 03/17/17 | J | | |
| 174. FIDELITY ADV TOTAL BOND I (FEPIX) | A | Dividend | J | T | | | | | 61 |
| 175. GOLDMAN SACHS EMEG MKTS DEBT I (GSDIX) | A | Dividend | J | T | Buy | 12/13/17 | J | | |
| 176. HARTFORD INTL VALUE I (HILIX) | A | Dividend | J | T | Buy | 04/26/17 | J | | |
| 177. NUVEEN SMALL CAP VALUE FUND I (FSCCX) | A | Dividend | J | T | Buy | 01/04/17 | J | | |
| 178. | | | | | Buy (add'l) | 06/30/17 | J | | |
| 179. NUVEEN SYMP FLOATING RT INC I (NFRAX) | A | Dividend | | | Sold | 11/03/17 | J | A | 131 |
| 180. PIMCO INCOME P (PONPX) | A | Dividend | K | T | Buy (add'l) | 03/17/17 | J | | 143 |
| 181. PIMCO INVEST GRD CORP BOND P (PBDPX) | A | Dividend | K | T | Buy (add'l) | 03/17/17 | J | | 147 |
| 182. PRUDENTIAL SHT TRM CORP BD Z (PIFZX) | A | Dividend | J | T | Buy | 06/23/17 | J | | |
| 183. | | | | | Buy (add'l) | 08/29/17 | J | | |
| 184. TCW GALILEO TOTAL RETURN BOND I (TGLMX) | A | Dividend | J | T | Sold (part) | 03/17/17 | J | | 188 |
| 185. TRANSAMERICA MIDCAP VAL OPP A (MCVAX) | B | Dividend | K | T | Buy (add'l) | 06/30/17 | J | | 200 |
| 186. VIRTUS INSIGHT EMERG MARKETS I (HIEMX) | A | Dividend | J | T | Buy | 02/01/17 | J | | |
| 187. IRA #3 (H) | | | | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | | |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | | | |
| | U =Book Value | V =Other | W =Estimated | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Christel, David W. | 08/06/2018 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 188. FIRST TRUST LARGE CAP VALUE (FTA) | A | Dividend | | | Sold | 03/17/17 | J | A | 68 |
| 189. ISHARES EDGE MSCI US QLTY FAC (QUAL) | A | Dividend | | | Sold (part) | 02/28/17 | J | A | 91 |
| 190. | | | | | Sold | 04/26/17 | J | A | |
| 191. ISHARES EDGE MSCI US MOMENTUM (MTUM) | | None | | | Sold | 01/03/17 | J | A | 79 |
| 192. POWERSHARES QQQ TR (QQQ) | A | Dividend | J | T | Sold (part) | 06/09/17 | J | A | 153 |
| 193. | | | | | Sold (part) | 06/30/17 | J | A | |
| 194. PROSHARES LARGE CAP CORE PLUS (CSM) | A | Dividend | J | T | | | | | 160 |
| 195. SPDR S&P 500 ETF TRUST (SPY) | A | Dividend | K | T | Sold (part) | 08/09/17 | J | A | 181 |
| 196. BLACKROCK HI YIELD BD PTF INST (BHYIX) | A | Dividend | | | Sold | 12/13/17 | J | A | 23 |
| 197. DOUBLELINE SHILLER ENH CAPE I (DSEEX) | A | Dividend | J | T | Buy | 02/28/17 | J | | |
| 198. | | | | | Buy (add'l) | 03/17/17 | J | | |
| 199. FIDELITY ADV TOTAL BOND I (FEPIX) | A | Dividend | J | T | | | | | 61 |
| 200. GOLDMAN SACHS EMEG MKTS DEBT I (GSDIX) | A | Dividend | J | T | Buy | 12/13/17 | J | | |
| 201. HARTFORD INTL VALUE I (HILIX) | A | Dividend | J | T | Buy | 04/26/17 | J | | |
| 202. NUVEEN SMALL CAP VALUE FUND I (FSCCX) | A | Dividend | J | T | Buy | 01/04/17 | J | | |
| 203. NUVEEN SYMP FLOATING RT INC I (NFRAX) | A | Dividend | | | Sold | 11/03/17 | J | | 131 |
| 204. PIMCO INCOME P (PONPX) | A | Dividend | J | T | Buy (add'l) | 03/17/17 | J | | 143 |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Christel, David W. | 08/06/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. PIMCO INVEST GRD CORP BOND P (PBDPX) | A | Dividend | J | T | Buy (add'l) | 03/17/17 | J | | 147 |
| 206. PRUDENTIAL SHT TRM CORP BD Z (PIFZX) | A | Dividend | J | T | Buy | 06/23/17 | J | | |
| 207. | | | | | Buy (add'l) | 08/29/17 | J | | |
| 208. TCW GALILEO TOTAL RETURN BOND I (TGLMX) | A | Dividend | J | T | Sold (part) | 03/17/17 | J | | 188 |
| 209. TRANSAMERICA MIDCAP VAL OPP A (MCVAX) | A | Dividend | J | T | | | | | 200 |
| 210. VIRTUS INSIGHT EMERG MARKETS I (HIEMX) | A | Dividend | J | T | Buy | 01/05/17 | J | | |
| 211. BROKERAGE #4 (H) | | | | | | | | | |
| 212. MORGAN STANLEY BANK ACCOUNT NUMBER #2 | A | Interest | J | T | | | | | |
| 213. FIRST TRUST LARGE CAP VALUE (FTA) | A | Dividend | | | Sold | 03/17/17 | J | B | 68 |
| 214. ISHARES EDGE MSCI US QLTY FAC (QUAL) | A | Dividend | | | Sold (part) | 02/28/17 | K | B | 91 |
| 215. | | | | | Sold | 04/26/17 | J | B | |
| 216. ISHARES EDGE MSCI US MOMENTUM (MTUM) | | None | | | Sold | 01/03/17 | K | B | 79 |
| 217. POWERSHARES QQQ TR (QQQ) | A | Dividend | K | T | Sold (part) | 06/09/17 | J | B | 153 |
| 218. | | | | | Sold (part) | 06/30/17 | J | B | |
| 219. PROSHARES LARGE CAP CORE PLUS (CSM) | A | Dividend | L | T | Sold (part) | 08/09/17 | J | B | 160 |
| 220. BLACKROCK HI YIELD BD PTF INST (BHYIX) | A | Dividend | | | Sold (part) | 04/19/17 | J | | 23 |
| 221. | | | | | Sold (part) | 08/09/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | Sold (part) | 11/14/17 | J | | |
| 223. | | | | | Sold | 12/13/17 | J | A | |
| 224. SPDR S&P 500 ETF TRUST (SPY) | B | Dividend | L | T | Sold (part) | 06/09/17 | J | A | 181 |
| 225. | | | | | Sold (part) | 08/09/17 | J | B | |
| 226. DOUBLELINE SHILLER ENH CAPE I (DSEEX) | C | Dividend | K | T | Buy | 02/28/17 | K | | |
| 227. | | | | | Buy (add'l) | 03/17/17 | J | | |
| 228. FIDELITY ADV TOTAL BOND I (FEPIX) | A | Dividend | K | T | | | | | 61 |
| 229. GOLDMAN SACHS EMEG MKTS DEBT I (GSDIX) | A | Dividend | J | T | Buy | 12/13/17 | J | | |
| 230. HARTFORD INTL VALUE I (HILIX) | B | Dividend | K | T | Buy | 04/26/17 | J | | |
| 231. | | | | | Buy (add'l) | 06/30/17 | J | | |
| 232. NUVEEN SMALL CAP VALUE FUND I (FSCCX) | A | Dividend | J | T | Buy | 01/04/17 | J | | |
| 233. | | | | | Buy (add'l) | 06/30/17 | J | | |
| 234. NUVEEN SYMP FLOATING RT INC I (NFRAX) | A | Dividend | | | Sold (part) | 04/19/17 | J | | 131 |
| 235. | | | | | Sold | 11/03/17 | J | | |
| 236. PIMCO INCOME P (PONPX) | B | Dividend | K | T | Buy (add'l) | 03/17/17 | J | | 143 |
| 237. PIMCO INVEST GRD CORP BOND P (PBDPX) | B | Dividend | K | T | Buy (add'l) | 03/17/17 | J | | 147 |
| 238. PRUDENTIAL SHT TRM CORP BD Z (PIFZX) | A | Dividend | K | T | Buy | 06/23/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Christel, David W. | 08/06/2018 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. | | | | | Buy (add'l) | 08/29/17 | J | | |
| 240. TCW GALILEO TOTAL RETURN BOND I (TGLMX) | A | Dividend | J | T | Sold (part) | 03/17/17 | J | | 188 |
| 241. TRANSAMERICA MIDCAP VAL OPP A (MCVAX) | B | Dividend | K | T | Buy (add'l) | 06/30/17 | J | | 200 |
| 242. VIRTUS INSIGHT EMERG MARKETS I (HIEMX) | A | Dividend | J | T | Buy (add'l) | 02/13/17 | J | | 217 |
| 243. BROKERAGE #5 (H) | | | | | | | | | |
| 244. MORGAN STANLEY BANK ACCOUNT #1 | A | Interest | J | T | | | | | |
| 245. BANK OF AMERICA (BAC) | A | Dividend | K | T | | | | | |
| 246. BLACKSTONE GROUP (BX) | A | Dividend | J | T | | | | | |
| 247. ENERGY TRANSFER PARTNERS LP (ETP) | A | Dividend | J | T | | | | | |
| 248. ENTERPRISE PROD PARTNERS LP (EPD) | A | Dividend | J | T | | | | | |
| 249. ENERGY SEL SECT SPDR FD (XLE) | A | Dividend | K | T | | | | | |
| 250. MS 8.15% CNTG COUPON NOTE LINKED TO S&p 500 RATE | | None | K | T | | | | | |
| 251. TEMPLETON GLOBAL TOTAL RET C (TTRCX) | A | Dividend | J | T | | | | | |
| 252. OTHER HOLDINGS (H) | | | | | | | | | |
| 253. THOMPSON/CHRISTEL REAL ESTATE PARTNERSHIP LOAN | B | Interest | | | Closed | 12/08/17 | K | | 235 |
| 254. AVEC GK, LLC | D | Interest | | | Closed | 06/10/17 | L | | |
| 255. BLUE TEE MANAGEMENT, LLC (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Christel, David W. | 08/06/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. SILVER LAKE RV PARK MANAGEMENT, LLC (NOTE) | D | Interest | M | T | Buy (add'l) | 02/15/17 | L | | |
| 257. RENTAL PROPERTY, VANCOUVER, WA (AMEN CORNER MGMT, LLC) | C | Rent | M | W | | | | | |
| 258. RENTAL PROPERTY, VANCOUVER, WA (BLUE TEE MGMT, LLC) | C | Rent | L | W | | | | | |
| 259. RENTAL PROPERTY, SUNNYBROOK, OR (DOUBLE CUT MGMT, LLC) | D | Rent | N | W | Buy (add'l) | 04/20/17 | M | | |
| 260. RENTAL PROPERTY VANCOUVER, WA (DOUBLE EAGLE MGMT, LLC) | C | Rent | M | W | | | | | |
| 261. RENTAL PROPERTY, VANCOUVER, WA (FIRST CUT MGMT, LLC) | C | Rent | M | W | | | | | |
| 262. RENTAL PROPERTY, VANCOUVER, WA (FRONT NINE MGMT, LLC) | C | Rent | N | W | | | | | |
| 263. RENTAL PROPERTY, BROOKLYN, NEW YORK (KICK POINT, LLC) | E | Rent | O | W | | | | | |
| 264. RENTAL PROPERTY, SUNNYBROOK, OR (PELICAN BAY MGMT, LLC) | D | Rent | J | W | | | | | |
| 265. RENTAL PROPERTY, ROCKLIN, CA (ROCKLIN NW, LLC) | D | Rent | M | W | Buy (add'l) | 04/20/17 | K | | |
| 266. RENTAL PROPERTY, VANCOUVER, WA (SILVER LAKE RV, LLC) (Y) | | | | | | | | | |
| 267. RENTAL PROPERTY, PORTLAND, OR (MAJ AIRPORT, LLC) | D | Rent | M | W | | | | | |
| 268. INVESTMENT PROPERTY, VANCOUVER, WA (BLACK SILVER, LLC) | D | Rent | O | W | Buy | 01/19/17 | M | | |
| 269. INVESTMENT PROPERTY, STOCKTON, CA (TOPSPIN PROPERTIES) | | None | N | W | Buy | 08/11/17 | M | | |
| 270. INVESTMENT PROPERTY, VANCOUVER, WA (TOPSPIN PROPERTIES, LLC) | | None | P1 | W | Buy | 09/23/17 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Christel, David W. | 08/06/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VI: Value codes are based upon gross value; although the filer owns only a fractional share of the underlying assets.

Part VII: Realignment of holdings, name changes, and symbol changes during 2017 are addressed via a reference in Column D(5) to the corresponding line number(s) in Part VII of the 2016 report.

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ David W. Christel**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544